WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
| In re | : | **Chapter 11 Case No.** |
|---|---|---|
| | : | |
| **STEVE & BARRY'S** | : | |
| **MANHATTAN LLC, et al.,** | : | **08-12579 (ALG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

**NOTICE OF FIRST DAY AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 10, 2008 AND**
**CERTAIN OTHER PLEADINGS FILED CONTEMPORANEOUSLY HEREWITH**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, Allan L. Gropper, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004-1408

I.  **Motions For Final Approval**

   1.  Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases [Docket No. 7]

   2.  Debtors' Motion Pursuant to Sections 105(a), 342(a), and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a) and 2002(a), (f) and (*l*), and Local Bankruptcy Rule 1007-1 for (i) a Waiver of the Requirement to File a List of Creditors, and (ii) Approval of the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases [Docket No. 11]

   3.  Debtors' Motion Pursuant to Bankruptcy Rules 1007(c) and 2002(d) for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of

Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 12]

4. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007, Seeking Authority to Implement Certain Notice and Case Management Procedures [Docket No. 13]

5. Debtors' Motion Pursuant to Section 503(b) of the Bankruptcy Code for Authority (i) to Treat Undisputed Vendor Obligations Arising from the Postpetition Delivery of Goods and Services Ordered in the Prepetition Period as Administrative Expenses, and (ii) to Pay Such Obligations in the Ordinary Course of Business [Docket No. 16]

6. Application Pursuant to 28 U.S.C. § 156(c) and Local Rule 5075-1(a) for Authorization to (i) Employ and Retain Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtors, and (ii) Appoint Epiq Bankruptcy Solutions, LLC as Agent for the Bankruptcy Court [Docket No. 33]

7. Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for Authorization (i) to Pay Wages, Compensation, and Employee Benefits, and (ii) of Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 17]

8. <u>Ex Parte</u> Motion of the Debtors Pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) to Shorten Time with Respect to Hearing on the Motion Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 for (i) Approval of Procedures in Connection with the Sale of All or Substantially All of the Debtors' Assets, (ii) Authorization to Enter into Stalking Horse Agreements in Connection Therewith, (iii) Approval of the Payment of Stalking Horse Protections, and (iv) the Setting of Related Auction and Hearing Dates [Docket No. 37]

II. **Motions For Interim Approval**

9. Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for (A) Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 435(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing [Docket No. 19]

10. Debtors' Motion to (A) (i) Authorize Use of Cash Collateral, (ii) Grant Adequate Protection, and (iii) Modify the Automatic Stay, and (B) To Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 38]

11. Debtors' Motion Pursuant to Sections 105(a), 362(d), 363(b), and 503(b) of the Bankruptcy Code and Bankruptcy Rule 4001 and 6004 Seeking Authority to (A) (i) Continue the Debtors' Workers' Compensation Programs and Their Liability, Property, and Other Insurance Programs, and (ii) Pay All Prepetition Obligations

in Respect Thereof, (B) Direct Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations and (C) Schedule a Final Hearing [Docket No. 21]

12. Debtors' Motion Pursuant to Sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (i) for Authorization to Honor Certain Prepetition Customer Programs, and (ii) Scheduling a Final Hearing [Docket No. 22]

13. Debtors' Motion, Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code, (i) for Authorization to Pay Prepetition Sales and Use Taxes and (ii) to Schedule a Final Hearing [Docket No. 23]

Dated: July 9, 2008
       New York, New York

    /s/ Shai Y. Waisman
    Harvey R. Miller, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors and
    Debtors in Possession